# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADAN GARCIA ROSALES,<br><br>        Petitioner,<br><br>   v.<br><br>N. DAWSON, Warden,<br><br>        Respondent. | No. SACV 08-174-DSF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/12/08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE